**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7086**

———————

DAVID FRANK SPRINKLE,

Plaintiff - Appellant,

versus

FRED SCHILLING, Director; STANLEY CYPRESS,
Medical Doctor; NURSE ELKO,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:07-cv-00335-GEC)

———————

Submitted:  September 11, 2007    Decided:  September 17, 2007

———————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Frank Sprinkle, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Frank Sprinkle appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sprinkle v. Schilling</u>, No. 7:07-cv-00335-gec (W.D. Va. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>